**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 25, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00974-CV

## COOPER INDUSTRIES, LLC, ET AL, Appellants

## V.

## PEPSI-COLA METROPOLITAN BOTTLING CO., INC., Appellee

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2011-77606**

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 19, 2018. On April 9, 2019, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion has been on file for more than ten days and appellee has not filed a response opposing the motion to dismiss the appeal. The motion is granted and the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.